**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**IN RE:**

                                                                                **Case No.: 20-11340-EPK**

**LESLEE CHESLOW**                  **Chapter: 13**

      **Debtor.**

_____

## DEBTOR'S MOTION TO PAY INTEREST ON DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE'S PRIORITY CLAIM

      **COMES NOW**, the Debtor, **LESLEE CHESLOW** ("DEBTOR"), by and through undersigned counsel, files this Motion to pay interest on the Department of the Treasury – Internal Revenue Service's ("IRS") priority claim, and in support thereof state as follows:

      1.      The IRS is owed a priority tax claim as set forth in claim number 1. The IRS takes the position that interest accrues on said amount over the Chapter 13 Plan period and that the accrued interest in non-dischargeable.

      2.      The accrual of said non-dischargeable interest severely hamper Debtor's ability to effectually reorganize and jeopardizes a fresh start. As a result, Debtor seeks to pay the IRS interest on its priority claim through the bankruptcy plan as set forth in its claim at a rate of 5% (or as provided in an amended claim).

      3.      The undersigned counsel requests attorney fees and costs of $500.00 as a result of filing this motion.

      **WHEREFORE**, Debtor respectfully requests the entry of an order: (1) allowing Debtor to pay the IRS interest of 5% on any priority claim amount through any Chapter 13 plan (including amended or modified plans); (2) approving $500.00 in attorney's fees/costs; and (3) any further order this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

        Respectfully submitted,

        KLEIN LAW GROUP, PA
        4800 N. Federal Hwy., Suite B-307
        Boca Raton, Florida 33431
        Tel:    (561) 353.2800
        Fax:   (561) 353.1250
        Email: filing@kleinattorneys.com
        Attorney for Debtors

        By: */s/ Eric Klein*
            Eric N. Klein
            Florida Bar No.: 0035985

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**IN RE:**

                                                **Case No.: 20-11340-EPK**

**LESLEE CHESLOW**                              **Chapter: 13**

    **Debtor.**
_____/

**ORDER GRANTING DEBTOR'S MOTION TO PAY INTEREST ON DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE'S PRIORITY CLAIM**

THIS CAUSE, having come before the court on _____ upon *Debtor's Motion to Pay Interest on Department of the Treasury-Internal Revenue Service's Priority Claim* [E.C.F. ___] without objection, accordingly it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The IRS filed proof of claim 1 for a total of $9,870.03, and a priority amount of $9,104.77. Pursuant to the *Order Sustaining Debtor's Objection to Claim*, the priority claim was increased to $9,987.86. The total priority amount due in the Debtor's Chapter 13 plan including 5% interest is $11,308.99. In the event the IRS amends its claim, the Debtor retains the right to file a motion to amend this order or to object to said amended claim.

3.  Debtor's counsel's request for attorney fees and costs of $500.00 as a result of filing the motion is **GRANTED.**

###

Submitted by:
Eric Klein, Esq.
Florida Bar No.: 0035985
Klein Law Group, P.A.
4800 N. Federal Highway, Suite 307-B
Boca Raton, FL 33431
Tel. (561) 353-2800
Fax (561) 210-8549

**Attorney Klein is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certification of service with the Clerk of the Court.**